**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Thomas Allen BENTON, Defendant–Appellant.**

**No. 04–15443**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 5, 2005.

Robert O. Davis, Tallahassee, FL, for Plaintiff–Appellee.

Chet Kaufman, Randolph P. Murrell, William Rourk Clark, Jr., Federal Public Defender, Tallahassee, FL, for Defendant–Appellant.

Before ANDERSON, BLACK and BARKETT, Circuit Judges.

PER CURIAM.

Randolph P. Murrell, appointed counsel for Thomas Allen Benton in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record re-

---

veals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Benton's conviction and sentence are AFFIRMED.